■ Brian O'Rourke, Respondent, v Linda Baisi et al., Defendants, and Archdiocese of New York, Appellant. [671 NYS2d 664] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered March 21, 1997, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against it, with leave to renew upon the completion of discovery, unanimously affirmed.

The motion was properly denied as premature since plaintiff has not yet been afforded the opportunity to complete discovery (*see*, CPLR 3212 [f]). Concur—Rosenberger, J. P., Ellerin, Nardelli and Rubin, JJ.